UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          }

SHANTRINA LATRISE RUCKER          }   CHAPTER 13

DEBTOR                                      }   CASE NO. 06-65350-MHM

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and files this Notice that he is remitting
to the Registry of the Clerk of the United States Bankruptcy Court the amount of $4.38 on behalf
of Shantrina Latrise Rucker.  These funds are being remitted to the Registry because the debtor
has not claimed the funds.

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

CERTIFICATE OF SERVICE

This is to certify that I have this 26ᵗʰ day of October 2009 served the Notice of Deposit
of Unclaimed Funds by 1ˢᵗ class United States Mail to:

Christopher Carouthers, Atty.
P.O. Box 29188
Atlanta, GA 30359

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887